FILED
2022 JUL 19 PM 1:41
CLERK
U.S. DISTRICT COURT

Name: **Michael Lee Hardin**

Address: **2409 North 1325 West Clinton, Utah 84015**

Telephone: **801-390-3611**

Email: **mikehardin55@gmail.com**

## IN THE UNITED STATES DISTRICT COURT

| Plaintiff,<br>**United States Government**<br><br>vs. | Case No.:<br>**D.C 21-cr-280-TJK,**<br>**Utah 2-22CR 135** |
|---|---|
| Defendant(s),<br>**Michael Lee Hardin** | Judge:<br>**Clark Waddoups** |

## FOR THE DISTRICT OF UTAH

## MOTION TO HAVE PROBATION TERMINATED

Your Honor, I, Michael Lee Hardin, request that the court hears my appeal for termination of probation and all terms along with it for the following reasons listed below:

1. House arrest 30 days completed, fine paid immediately, community service completed 60+ hours and negative drug screening.
2. Your Honor, I believe, I have the support from the U.S Probation Office to end this probation term as well. Agent Derrik Marshall and Supervisor Agent Anthony

Maxwell, they both agree that it would be in the best interest of all to end this probation term. Both state that this case is such a low priority that it really does not warrant the resources to follow up no less than 6 months at a time for any type of reporting. To me, this seems to be an unnecessary drain on government resources and could be used for higher priorities.

3. On the other hand, I think that the prosecution would disagree with ending the probation, but merely for political reasons and not practical reasons or what's in the best interest of all involved parties. This is merely based on my prior personal experience surrounding my case and specifically the totality of January 6th 2021 as a whole. I would hope with a true heart, maybe they may see that I have paid my dues, I am not a threat and overall it would be in the best interest of everyone moving forward. It would allow me to fully concentrate on my family and career moving forward.
4. As you may be aware, this incident that occurred on January 6th 2021 has polarized the nation in so many ways, good and bad, mostly bad. However, we must take a step back and view what has occurred in how it relates to fairness of the law, precedents and current events. Your Honor, I will not never minimize my wrong doing of entering the U.S Capitol and ultimately taking a picture with President Lincoln. It was a poor decision on my part. I just don't think it to be fair for the US Government to keep continuing to upend mine and my family's life by having me on probation for "just."
5. Your Honor, I am a good man with a great family and support system. We have 6 children and 3 grandchildren, which I adore. I ask that I be free from the bindings on the government. I certainly realize more than I can put into words that I should not have walked into the US Capitol on January 6th 2021, Lord knows my family and I have paid a tremendous burden in so many ways for that decision. Keep in mind, without an ounce of malice while present on the entire trip to Washington D.C. Honestly, I consider myself a true Patriot that cares about this country and is deeply concerned for our kids and grandchildren.
6. Your Honor, I don't have a criminal record other than this incident, nothing. I have excellent credit, I pay my bills and I am certainly responsible in all aspects of my life.
7. I would love to have my rights restored, be free to travel without assistance or permission, be free to possess firearms, and be free to move as we may want to in the near future. My family and I are exploring moving to a different state as we are concerned for the future resources that Utah offers. Your Honor, not now, nor will I ever be any kind of threat to anyone. It's not in my make up.
8. Your Honor, the biggest burden that has lied with me in regards to this case has been the stress and heartache that it has caused my family. Secondly, what it

has done to my reputation within the law enforcement community, which is where my heart is and will always be.

9. I would like to be employed within law enforcement again in some capacity, although I cannot do it under the current conditions of being on probation and not being allowed to possess a firearm. I served over 20 years with the Salt lake City police department with a stellar career and received many accolades, service medals and officer of the year. Helped thousands of people along the way and loved it. Most of my career I was assigned to detectives and worked on a lot of rather unpleasant cases. This is where true community service comes into play and I would like to do it again. My goal is to work homicide again and specifically cold cases, which I worked for many years. This is a taxing task for so many reasons, but in the end it is worth it. My family knows how much it means to me to be able to work for the unspoken. This is where my passion lies. I certainly don't know if this is possible again, I think so. I would like the opportunity to follow my heart.

10. Your Honor, I appreciate you taking the time to review my plea for the termination of my probation. Just know, my intentions are pure and I am going to put my best foot forward for my family, myself and society.

DATED: 7-18-2022

Signature: *M. Hardin*

Print: Michael Lee Hardin